IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

MICHAEL OSEI,

Plaintiff,

v.

TEMPLE UNIVERSITY-OF THE
COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, ET AL,

   Dr. Mia K. Luehrmann
   Dr. Robert J. Levis
   Dr. Grant Krow
   Ms. Andrea C. Seiss

Defendants.

CIVIL ACTION NO. 10-2042-CDJ

FILED
AUG 23 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### Osei's Motion for Leave to File Amended Complaint

Plaintiff, Michael Osei, ("Osei") respectfully requests this Court for Leave to file Amended Complaint. (Osei also anticipates having an attorney represent him in September 2010). Unlike Osei, who has provided factually substantial exhibits to the court through the Complaint (Doc. No.1), Response (Doc.No.6) and Sur-Reply (Doc.No.10), Temple did not provide even one factual document as exhibit to their motions to this Court. While there are no interrogatories, depositions, (in complete) discovery, summary judgments, etc, a complaint can be amended.

Respectfully submitted by,

Michael Osei, *Pro Se*

Dated: Monday, August 23, 2010.

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL OSEI,<br><br>Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY-OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, ET AL,<br><br>   Dr. Mia K. Luehrmann<br>   Dr. Robert J. Levis<br>   Dr. Grant Krow<br>   Ms. Andrea C. Seiss<br><br>Defendants. | CIVIL ACTION NO. 10-2042-CDJ |

## ORDER DENYING TEMPLE'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE, AND GRANTING OSEI'S LEAVE TO FILE AMENDED COMPLAINT.

**AND NOW**, this _____ day of _____, 2010, upon consideration of Complaint (Doc. No.1) by Plaintiff, Michael Osei v. Temple University- Of the Commonwealth System of Higher Education, Defendants ("Temple") --Dr. Mia K. Luehrmann, Dr. Robert J. Levis, Ms. Andrea C. Seiss, and Dr. Grant Krow; Temple's Motion to Dismiss Plaintiff's Complaint (Doc. No.3); Osei's Amended Brief of Law and Facts in Opposition thereto (Doc. No.6); Temple's Reply Brief of Law in Further Support of their Motion (Doc. No.8); Osei's Sur-reply Brief of Law and Facts Strongly Opposing Temple's Reply thereto (Doc.No.10), and Osei's Motion for Leave to file Amended Complaint, it is hereby **ORDERED** that: Temple's Motion to Dismiss Plaintiff's Complaint is **DENIED without Prejudice, and Osei is Granted Leave to Amend Complaint.**

BYTHECOURT: _____

The Honorable C. Darnell Jones II

USDC JUDGE

## Certificate of Service

I, Michael Osei, hereby certify that a true copy of

- **Osei's Motion for Leave to File Amended Complaint**

was submitted to the U.S. District Court for the Eastern District of Pennsylvania, dated August 23, 2010. This was served **by email** and **U. S. First Class mail** to:
Attorney on record for *defendants: Temple University- of the Commonwealth System of Higher Education*, whose email and postal address appears as follows:

Edward J. Heffernan, Esquire
RUBIN, FORTUNATO &HARBISON, P.C
10 South Leopard Road
Paoli, PA 19301

eheffernan@rubinfortunato.com,

A separate email to inform him about the filing would be sent as well, to

Respectfully Submitted by,

*[signature]*

Michael Osei, *Pro se*
3016 North Broad Street
Philadelphia, PA 19132

mikeosei@gmail.com
(405)-612-2848

Dated:  August 23, 2010