IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL OSEI | : | |
| Plaintiff, | | |
| | | |
| v. | : | |
| | | |
| TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION; DR. ANNE WEAVER HART, individually and in her official capacity as President of Temple University; BRIAN C. FOLEY, individually and in his official capacity as Vice Chair, University Disciplinary Committee, Temple University; DR. KEITH GUMERY, individually and in his official capacity as Vice Chair, University Disciplinary Committee, Temple University; ANDREA C. SEISS, individually and in her official capacity as Code Administrator, University Disciplinary Committee, Temple University; DR. MIA K. LUEHRMANN, individually and in her official capacity as Associate Dean of Undergraduate Studies, College of Science & Technology, Temple University; DR. ROBERT J. LEVIS, individually and in his official capacity as Chairman and Professor, Department of Chemistry, Temple University; DR. GRANT KROW, individually and in his official capacity as Professor of Chemistry, Department of Chemistry, Temple University | : : : : : : : : | CIVIL ACTION NO. 10-2042 |
| Defendants. | : | |

**ORDER**

AND NOW, this 30th day of September, 2011, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 23) and Plaintiff's Response thereto (Doc. No. 24), it is hereby ORDERED as follows:

(1)  Counts One through Seven of Plaintiff's Amended Complaint are DISMISSED WITH PREJUDICE; and

(2)  This Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state claims.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.